THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WEST STAR YACHT, LLC,

Plaintiff,

v.

ARGONAUT INSURANCE COMPANY,

Defendant.

Case No. 2:22-cv-00119-RSM

**STIPULATED MOTION AND ORDER TO EXTEND DEADLINES**

NOTED ON MOTION CALENDAR:
Friday, March 18, 2022

## STIPULATED MOTION

Plaintiff West Star Yacht, LLC ("West Star") and Defendant Argonaut Insurance Company ("Argonaut") hereby move to extend certain deadlines in this case pursuant to the following stipulation:

{29486-00801857;1}
STIPULATED MOTION TO EXTEND DEADLINES
(Case No. 2:22-cv-00119- RSM)
Page 1

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1. On March 4, 2022, and pursuant to the February 2, 2022 Order Granting Defendant's Motion to Sever (Dkt. No. 2), Plaintiff West Star has filed an Amended Complaint (Dkt. No. 4) against Defendant Argonaut Insurance Company alleging breach of contract and declaratory relief under the terms of certain insurance policies issued by Argonaut.

2. West Star, Argonaut and Seattle Lakes Cruises have agreed to engage in a global mediation of all claims in this matter (No. 2:22-cv-00119-RSM) and in *West Star Yacht v. Seattle Lakes Cruises, et al.* (No. 2:21-cv-00223 RSM). This mediation will take place on May 2, 2022.

3. As directed in the Court's February 11, 2022 Order (Dkt. No. 9), the undersigned counsel met and conferred via teleconference on March 10, 2022. At that time the current status of this litigation vis-à-vis the pending mediation was discussed among other subjects. At this conference, Argonaut's counsel relayed the position that for a number of reasons this matter should not be concurrently litigated with the underlying negligence and contract claims between West Star Yacht and Seattle Lakes Cruises which is still pending. Accordingly, it would be appropriate to stay all deadlines in this current matter pending said resolution versus engaging in discovery and/or setting a trial date or other deadlines. Counsel additionally discussed extension of deadlines in a modest fashion, without waiving the aforementioned position, in light of the scheduled mediation on May 2, 2022 which may resolve some or all of the claims in these matters.

4. The parties therefore stipulate to and request extension of the following deadlines as set forth below:

//

//

{29486-00801857;1}
STIPULATED MOTION TO EXTEND DEADLINES
(Case No. 2:22-cv-00119- RSM)
Page 2

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

| Case Event | Current Deadline | New Deadline |
|---|---|---|
| Initial Disclosures | March 18, 2022 | May 16, 2022 |
| FRCP 26(f) Joint Status Report and discovery Plan | March 25, 2022 | May 23, 2022 |
| Argonaut's Answer to the Second Amended Complaint and/or Motion to Stay | March 25, 2022 | May 23, 2022 |

DATED this 18th day of March, 2022.

By: *s/ Francis P. Cuisinier*
Francis P. Cuisinier, Pro Hac Vice
Ruberry Stalmack & Garvey, LLC
10 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Phone: (312) 466-8050
Fax:    (312) 466-8055
Email: pat.cuisinier@ruberry-law.com

***Attorney for Plaintiff***

By: *s/ Jess Webster*
Jess Webster, WSBA No. 11402
Miller Nash LLP
Pier 70, 2801 Alaskan Way Suite 300
Seattle, Washington 98121
Phone: (206) 624-8300
Fax:  (206) 340-0599
Email: jess.webster@millernash.com

***Attorney for Plaintiff***

By: *s/ Carey M.E. Gephart*
   *s/ Nathan J. Beard*
Carey M.E. Gephart, WSBA #37106
Nathan J. Beard, WSBA # 45632
LeGros Buchanan & Paul, P.S.
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Phone:   206.623.4990
Fax:     206.467.4828
Email:   cgephart@legros.com
         nbeard@legros.com

{29486-00801857;1}
STIPULATED MOTION TO EXTEND DEADLINES
(Case No. 2:22-cv-00119- RSM)
Page 3

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990

*Attorneys for Defendant*

**ORDER**

The Court has reviewed the above stipulation and hereby orders that the parties' request is GRANTED.

Initial Disclosures are due by May 16, 2022

The FRCP 26(f) Joint Status Report is due by May 23, 2022.

Argonaut's Answer to the Second Amended Complaint and/or Motion to Stay is due by May 23, 2022.

DATED this 18th day of March 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

{29486-00801857;1}
STIPULATED MOTION TO EXTEND DEADLINES
(Case No. 2:22-cv-00119- RSM)
Page 4

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Edward David Mizera | Carolyn A. Mount |
| Edward F. Ruberry | Jess Gilbert Webster |
| Francis P. Cuisinier | MILLER NASH LLP (SEA) |
| Rostyslaw J. Smyk | 2801 Alaskan Way, Suite 300 Pier 70 |
| RUBERRY STALMACK & GARVEY, LLC | T: 206-624-8300 |
| 10 S. Lasalle Street, Suite 1800 | carolyn.mount@millernash.com |
| Chicago, Illinois 60603 | jess.webster@millernash.com |
| T: 312-466-8050 | ***Attorneys for Plaintiff West Star Yacht LLC*** |
| Edward.mizera@ruberry-law.com | |
| Ed.ruberry@ruberry-law.com | |
| Pat.cuisinier@ruberry-law.como | |
| Ross.smyk@ruberry-law.com | |

***Pro Hac Vice Attorneys for Plaintiff West Star Yacht, LLC***

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Ali McMahon*
Ali McMahon | Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
amcmahon@legros.com

{29486-00801857;1}
STIPULATED MOTION TO EXTEND DEADLINES
(Case No. 2:22-cv-00119- RSM)
Page 5

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990