THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WEST STAR YACHT, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARGONAUT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:22-cv-00119-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## STIPULATION

Plaintiff West Star Yacht, LLC and defendant Argonaut Insurance Company, by and through their respective attorneys of record, hereby stipulate and agree that all claims which have been asserted in this action by plaintiff against defendant and/or by defendant against plaintiff have been settled and shall be dismissed with prejudice and without costs to any party. The parties request that the Court enter the below proposed Order dismissing this action with prejudice and with each party bearing its own attorneys' fees and costs.

///

STIPULATION AND ORDER OF DISMISSAL
Page 1
(Case No. 2:22-cv-00119- RSM)

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

1  DATED this ____ day of _____, 2022.

2

3                                                          By: _____

4                                                          CAREY M.E. GEPHART, WSBA #37106
                                                           NATHAN J. BEARD, WSBA # 45632
5                                                          LEGROS BUCHANAN & PAUL, P.S.
                                                           4025 Delridge Way SW, Suite 500
6                                                          Seattle, Washington 98106
                                                           Phone:    206.623.4990
7                                                          Fax:      206.467.4828
                                                           Email:    cgephart@legros.com
8                                                                    nbeard@legros.com
                                                           *Attorneys for Defendant*
9

10                                                         *s/* _____
                                                           FRANCIS P. CUISINIER
11                                                         RUBERRY STALMACK & GARVEY
                                                           LLC
12                                                         10 S. Lasalle St., Ste 1800
                                                           Chicago, Illinois 60603
13                                                         T: 312-466-8050
                                                           Pat.cuisinier@ruberry-law.com
14                                                         *Admitted Pro Hac Vice Attorney for*
                                                           *Plaintiff*
15

16                                                         *s/* _____
                                                           JESS WEBSTER, WSBA #11402
17                                                         CAROLYN MOUNT, WSBA # 55527
                                                           MILLER NASH LLP (SEA)
18                                                         2801 Alaskan Way, Ste 300, pier 70
                                                           Seattle, WA 98121
19                                                         T: 206-624-8300
                                                           Jess.webster@millernash.com
20                                                         Carolyn.mount@millernash.com
                                                           *Attorneys for Plaintiff*
21

22

23

STIPULATION AND ORDER OF DISMISSAL
Page 2
(Case No. 2:22-cv-00119- RSM)

LE GROS BUCHANAN
& PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

## ORDER

PURSUANT TO THE ABOVE STIPULATION, and the Court being fully advised in the premises, NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that all claims by WEST STAR YACHT, LLC against ARGONAUT INSURANCE COMPANY, and by ARGONAUT INSURANCE COMPANY against WEST STAR YACHT, LLC are dismissed with prejudice and without fees or costs to any party.

This is a final order resolving this cause number.

DATED this 22nd day of June, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*Presented by:*

LE GROS BUCHANAN & PAUL

CAREY M.E. GEPHART, WSBA #37106
NATHAN J. BEARD, WSBA # 45632
LEGROS BUCHANAN & PAUL, P.S.
4025 Delridge Way SW, Suite 500
Seattle, Washington 98106
Phone: 206.623.4990
Fax:    206.467.4828
Email: cgephart@legros.com
          nbeard@legros.com
*Attorneys for Defendant*

STIPULATION AND ORDER OF DISMISSAL
Page 3
(Case No. 2:22-cv-00119- RSM)

LE GROS BUCHANAN & PAUL
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON 98106-1271
(206) 623-4990

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Edward David Mizera
Edward F. Ruberry
Francis P. Cuisinier
Rostyslaw J. Smyk
RUBERRY STALMACK & GARVEY LLC
10 S. Lasalle St., Suite 1800
Chicago, Illinois 60603
T: 312-466-8050
Edward.mizera@ruberry-law.com
Ed.ruberry@ruberry-law.com
Pat.cuisinier@ruberry-law.com
Ross.smyk@ruberry-law.com
***Pro Hac Vice Attorneys for Plaintiff West Star Yacht, LLC***

Carolyn A. Mount
Jess Gilbert Webster
MILLER NASH LLP (SEA)
2801 Alaskan Way, Ste. 300, Pier 70
Seattle, WA 98121
T: 206-624-8300
Carolyn.mount@millernash.com
Jess.webster@millernash.com
***Attorneys for Plaintiff West Star Yacht, LLC***

I certify under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington.

*s/Ali McMahon*
Ali McMahon | Legal Assistant
4025 Delridge Way S.W., Suite 500
Seattle, Washington 98106
Telephone:  206-623-4990
Facsimile:  206-467-4828
amcmahon@legros.com

STIPULATION AND ORDER OF DISMISSAL
Page 4
(Case No. 2:22-cv-00119- RSM)

Le Gros Buchanan & Paul
4025 DELRIDGE WAY SW
SUITE 500
SEATTLE, WASHINGTON  98106-1271
(206) 623-4990